UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 2:24-cv-01942-WDK-MARx |
| Date | May 7, 2024 |
| Title | Miriam Maldonado v. Cecilia Y. Rodriguez et al |

Present: The Honorable  WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE

| Daniel Tamayo | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
None Present

Attorneys Present for Defendants:  
None Present

**PROCEEDINGS:**  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [15], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

IT IS SO ORDERED.

Initials of Deputy Clerk   dta